*Morrison, Albert H. Parnell,* for appellees.

## 53791. TUTMAN et al. v. THE STATE.

QUILLIAN, Presiding Judge.

The evidence, although conflicting, was sufficient to sustain the conviction of the two defendants for robbery.

*Judgment affirmed. Shulman and Banke, JJ., concur.*

SUBMITTED APRIL 12, 1977 — DECIDED APRIL 28, 1977.

*J. Douglas Willix,* for appellants.

*Lewis R. Slaton, District Attorney, Joseph J. Drolet, H. Allen Moye, Robert A. Weathers, Assistant District Attorneys,* for appellee.